UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.                                    Case No. 08-cr-31-01-SM

Nicole Gennell,
    Defendant

O R D E R

Defendant Gennell's motion to continue the trial is granted (document no. 20). Trial has been rescheduled for the month of August 2008. Defendant Gennell shall file a waiver of speedy trial rights not later than June 13, 2008. On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for July 23, 2008 at 11:30 a.m.

Jury selection will take place on August 5, 2008 at 9:30 a.m.

SO ORDERED.

                                        Steven J. McAuliffe
                                            Chief Judge

June 2, 2008

cc:   Kevin Sharkey, Esq.
      Terry Ollila, AUSA
      U.S. Marshal
      U.S. Probation